# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| THOMAS JAMES FOX, | Civil Nos. 18-2166 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT** |
| STATE OF MINNESOTA, | **AND RECOMMENDATIONS** |
| Defendant, | |

_____

Thomas James Fox, #128624, MN Correctional Facility, Oak Park Heights, 5329 Osgood Avenue North, Stillwater, MN 55082-1117 *pro se* plaintiff.

Matthew Frank, Edwin William Stockmeyer, III, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that Plaintiff's Motion for an Extension of Time [Docket No. 1] is **DENIED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: August 28, 2018          s/John R. Tunheim
at Minneapolis, Minnesota       JOHN R. TUNHEIM
                                Chief Judge
                                United States District Court